JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anna Shirazi<br><br>PLAINTIFF<br>v.<br>Mercedes-Benz USA, LLC<br><br>DEFENDANT | CASE NUMBER:<br>CV 25-10704 FMO (AYPx)<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on June 30, 2026 as docket number 22 (the "Offer of Judgment"), judgment is hereby entered for

Anna Shirazi

and against

Mercedes-Benz USA, LLC

according to the terms set forth in the Offer of Judgment.

Date: August 12, 2026

By: Fernando M. Olguin
United States District Judge